**DISMISS and Opinion Filed July 23, 2024**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00816-CV

**BRITTANY MICHELLE FORD, Appellant**
**V.**
**RENE CONTRERAS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-00816-E**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Garcia
Opinion by Justice Reichek

Before the Court is appellant's motion requesting dismissal of the appeal because the parties have settled their differences. We grant the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

230816F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRITTANY MICHELLE FORD,
Appellant

No. 05-23-00816-CV        V.

RENE CONTRERAS, Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-20-00816-
E.
Opinion delivered by Justice
Reichek. Justices Goldstein and
Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED WITH PREJUDICE**.

Subject to any agreement between the parties, it is **ORDERED** that appellee RENE CONTRERAS recover her costs of this appeal from appellant BRITTANY MICHELLE FORD.

Judgment entered July 23, 2024